# EXHIBIT A



# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Mar 29, 2024
**Server Name:** DROP SERVICE

| Entity Served | MERCEDES-BENZ USA, LLC |
|---|---|
| Case Number | 24VECV01348 |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |



**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

Electronically FILED by
Superior Court of California,
County of Los Angeles
3/25/2024 4:00 PM
David W. Slayton,
Executive Officer/Clerk of Court.
By C. Haroutunian, Deputy Clerk

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
(MERCEDES-BENZ USA, LLC)

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ARTUR ELIZAROV

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):* Van Nuys Courthouse East
6230 Sylmar Ave, Van Nuys, CA 91401

**CASE NUMBER:**
*(Número del Caso):*
24VECV01348

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Ilya Alekseyeff, LOIA Inc, PO Box 56, Van Nuys, CA 91408, tel: (213)537-4592, email: ilya@loia.legal

DATE: 03/25/2024
*(Fecha)*

Clerk, by C. Haroutunian , Deputy
*(Secretario)* *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[Print this form] [Save this form] [Clear this form]

ILYA ALEKSEYEFF, ESQ. [242462]
  *ilya@loia.legal*
LOIA, Inc. (APLC)
PO Box 56
Van Nuys, CA 91408
Tel: (213)537-4592

Attorney for Artur Elizarov

Electronically FILED by
Superior Court of California,
County of Los Angeles
3/25/2024 4:00 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By C. Haroutunian, Deputy Clerk

IN CALIFORNIA SUPERIOR COURT, COUNTY OF LOS ANGELES

NORTHWEST DISTRICT, VAN NUYS COURTHOUSE EAST

| | |
|---|---|
| **ARTUR ELIZAROV**, *Plaintiff*, ~ versus ~ **MERCEDES-BENZ USA, LLC** *Defendant.* | 24VECV01348 (Case Number) **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; ATTORNEY'S DISCLAIMER; JURY TRIAL DEMAND; REQUEST FOR ELECTRONIC SERVICE** 1. Breach of warranty of merchantability 2. Willful failure to repurchase 3. Unfair business practices 4. Fraud by concealment |

Plaintiff ARTUR ELIZAROV alleges causes of action against defendant MERCEDES-BENZ USA, INC. as follows:

1. ARTUR ELIZAROV is a competent adult.

2. MERCEDES-BENZ USA, LLC is a Delaware limited liability company.

3. Unless otherwise stated, all acts and omissions alleged in this complaint occurred (or were to occur) in Los Angeles County, State of California.

**FIRST CAUSE OF ACTION**
(Breach of warranty of merchantability)

4. ARTUR ELIZAROV leased a new motor vehicle manufactured or distributed by MERCEDES-BENZ USA, LLC.

\\\

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF ETC.

1

5. At the time MERCEDES-BENZ USA, LLC leased the vehicle to ARTUR ELIZAROV, MERCEDES-BENZ USA, LLC was in the business of selling Mercedes-Benz brand vehicles to retail buyers.

6. The vehicle was not of the same quality as those generally acceptable in the trade, *to wit*: because of defective design, the vehicle's tires were unusually susceptible to catastrophic blowouts.

7. The vehicle was not fit for ordinary purposes for which motor vehicles are used, *to wit*: safe transportation of the driver and passengers without the abnormal risk of catastrophic tire blowouts.

8. MERCEDES-BENZ USA, LLC's breach of the implied warranty of merchantability was a substantial factor in causing ARTUR ELIZAROV harm.

9. ARTUR ELIZAROV is entitled to recover attorney's fees under California Civil Code section 1794, subdivision (d).

**WHEREFORE,** ARTUR ELIZAROV demands judgment against MERCEDES-BENZ USA, LLC for $500,000.00, plus costs of this action, plus pre-judgment interest, plus attorney's fees, plus any such other and further relief as this court may deem just, fair, and proper.

### SECOND CAUSE OF ACTION
(Willful failure to repurchase)

10. ARTUR ELIZAROV leased a new 2022 S580 motor vehicle manufactured or distributed by MERCEDES-BENZ USA, LLC.

11. MERCEDES-BENZ USA, LLC gave ARTUR ELIZAROV a written warranty.

12. The law also implied the following implied warranty: (a) the vehicle passed without objection in the trade under the contract description and (b) the vehicle was fit for ordinary purposes.

13. The vehicle had defects that were covered by the warranty and that substantially impaired its use, value, or safety to a reasonable person in ARTUR ELIZAROV's situation, *to wit*: the vehicle had a design defect that made the tires unusually susceptible to catastrophic blowouts and, in addition, has experienced the following issues: (a) SOS system failure, (b) battery failure, and (c) retractable door-handles failure.

\\\

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF ETC.

14. ARTUR ELIZAROV delivered the vehicle to MERCEDES-BENZ USA, LLC's authorized repair facilities for repair of the defects.

15. MERCEDES-BENZ USA, LLC's authorized repair facility failed to repair the vehicle to match the written warranty after a reasonable number of opportunities to do so.

16. After initially agreeing to repurchase the vehicle, MERCEDES-BENZ USA, LLC has since willfully failed promptly to buy back the vehicle, which entitles ARTUR ELIZAROV to recover a civil penalty equal to two times the amount of ARTUR ELIZAROV's actual damages.

17. ARTUR ELIZAROV is entitled to attorney's fees under California Civil Code section 1794, subdivisions (d) and (e)(1).

**WHEREFORE,** ARTUR ELIZAROV demands judgment against MERCEDES-BENZ USA, LLC for $500,000.00 (including a civil penalty if any), plus costs of this action, plus attorney's fees, plus pre-judgment interest, plus an order that MERCEDES-BENZ USA, LLC repurchase the vehicle, plus any such other and further relief as this court may deem just, fair, and proper.

### THIRD CAUSE OF ACTION
(Unfair Business Practices)

18. On information and belief, MERCEDES-BENZ USA, LLC has engaged in (and, unless restrained, intends to continue engaging in) the following unlawful, unfair, or fraudulent business acts or practices: knowing that its 2022 S580-series vehicles had a design flaw (because of poor design that elevated aesthetics over safety and function, these vehicles' tires were unusually susceptible to catastrophic tire blowouts), MERCEDES-BENZ USA, LLC has marketed and sold (and, unless restrained, intends to continue marketing and selling) these vehicles to the public without a warning that the vehicle comes with a significant flaw that may affect safety.

19. On information and belief, these business acts and practices have directly harmed consumers as follows:

   a. Unaware that the vehicles included a serious design flaw that may affect safety, consumers have chosen to purchase 2022 S580-series vehicles from MERCEDES-BENZ USA, LLC rather than purchase a similar-class vehicle from MERCEDES-BENZ USA, LLC's competitors.

\\\

---

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF ETC.

3

**b.** Once consumers realized (post-purchase) that the vehicle had a concealed flaw, consumers could not return the vehicle without a significant expense on legal assistance.

20. On information and belief, these business acts and practices have also directly harmed competition as follows: by concealing a known design flaw in its 2022 S580-series vehicles, MERCEDES-BENZ USA, LLC unfairly attracted consumers away from MERCEDES-BENZ USA, LLC's competitors whose vehicles of the same class did not have the flaw.

21. ARTUR ELIZAROV has suffered a pecuniary loss as a direct result of MERCEDES-BENZ USA, LLC's unlawful, unfair, or fraudulent business acts and practices: ARTUR ELIZAROV leased a 2022 S580 vehicle manufactured or distributed by MERCEDES-BENZ USA, LLC valued at $135,693.75, paid $8,725.70 at the time he signed the lease documents, has continuously paid $2,226.76 per month in lease payments, and paid over $2,500.00 to replace all four tires on his vehicle (some of the tires had to be replaced more than once because of repeated tire blowouts).

22. ARTUR ELIZAROV is entitled to recover attorney's fees under California Code of Civil Procedure section 1021.5 for the following reasons:

   **a.** An injunctive relief sought in this action is calculated to confer a significant benefit on the general public or a large class of persons, *to wit*: consumers who wish to purchase or lease a MERCEDES-BENZ USA, LLC's 2022 S580 vehicles.

   **b.** The necessity and financial burden of private enforcement are such as to make an award appropriate.

   **c.** Fees should not, in the interest of justice, be paid out of the recovery because this cause of action seeks only equitable relief, and ARTUR ELIZAROV does not expect to recover monetary damages from MERCEDES-BENZ USA, LLC by this cause of action.

**WHEREFORE**, ARTUR ELIZAROV demands judgment against MERCEDES-BENZ USA, LLC for costs of this action, plus attorney's fees under California Code of Civil Procedure section 1021.5, plus a permanent injunction prohibiting MERCEDES-BENZ USA, LLC from selling or offering for sale or lease 2022 S580-series vehicles in California (or if sales are allowed, an injunction requiring MERCEDES-BENZ USA, LLC to disclose the design defect with the vehicle's wheels).

\\\

## FOURTH CAUSE OF ACTION
(Fraud by concealment)

23. ARTUR ELIZAROV leased a new 2022 S580-series vehicle manufactured or distributed by MERCEDES-BENZ USA, LLC.

24. On information and belief, at the time MERCEDES-BENZ USA, LLC offered the vehicle to ARTUR ELIZAROV for lease, MERCEDES-BENZ USA, LLC intentionally failed to disclose certain facts known only to MERCEDES-BENZ USA, LLC and that ARTUR ELIZAROV could not have discovered prior to signing the lease, *to wit*: the vehicle had a design defect that made the vehicle's tires unusually susceptible to catastrophic blowouts.

25. At the time ARTUR ELIZAROV leased the vehicle, ARTUR ELIZAROV did not know that the vehicle had a design flaw that made the tires unusually susceptible to catastrophic blowouts.

26. On information and belief, MERCEDES-BENZ USA, LLC intended to deceive ARTUR ELIZAROV by concealing these facts because MERCEDES-BENZ USA, LLC knew (or at the very least suspected) that ARTUR ELIZAROV would likely have selected a different vehicle had ARTUR ELIZAROV known about the defect before ARTUR ELIZAROV signed the lease.

27. Had the information about the design flaw been disclosed to ARTUR ELIZAROV before ARTUR ELIZAROV signed the lease, ARTUR ELIZAROV would not have leased the 2022 S580 vehicle.

28. The concealment of the facts about the design flaw in the vehicle was a substantial factor in causing ARTUR ELIZAROV harm.

29. On information and belief, when MERCEDES-BENZ USA, LLC offered the 2022 S580 vehicle for lease to ARTUR ELIZAROV without disclosing the design flaw, MERCEDES-BENZ USA, LLC acted with malice in that MERCEDES-BENZ USA, LLC's conduct – offering the unsafe vehicle to ARTUR ELIZAROV without disclosing a dangerous design defect – was despicable and was done with a willful and knowing disregard for ARTUR ELIZAROV's safety.

30. On information and belief, one or more officers, directors, or managing agents acting on behalf of MERCEDES-BENZ USA, LLC (a) decided to conceal the design defect from consumers like ARTUR ELIZAROV, (b) authorized the sale of the 2022 S580-series vehicles to consumers like ARTUR ELIZAROV without disclosing the design defect, or (c) knew that the

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF ETC.

2022 S580-series vehicles had a design flaw but continued to market and sale (or lease) these vehicles to consumers without disclosing the nature of the defect.

**WHEREFORE,** ARTUR ELIZAROV demands judgment against MERCEDES-BENZ USA, LLC for $500,000.00, plus punitive damages, plus costs of this action, plus pre-judgment interest, plus any other relief that this court may deem just, fair, and proper.

## JURY TRIAL DEMAND

ARTUR ELIZAROV demands a trial by jury of every issue of fact so triable.

## ATTORNEY'S DISCLAIMER

The allegations made in this complaint "on information and belief" are likely to have evidentiary support after a reasonable opportunity for further investigation and discovery.

## REQUEST FOR ELECTRONIC SERVICE

ARTUR ELIZAROV requests that every party represented by counsel serve ARTUR ELIZAROV with any notice or document (that may otherwise be served by mail, express mail, overnight delivery, or facsimile transmission) electronically at the following address: ilya@loia.legal.

\# \# \#

Dated: 3/25/2024                LOIA, Inc. (APLC)

*Ilya Alekseyeff*
ILYA ALEKSEYEFF, ESQ.
Attorney for Artur Elizarov

---

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF ETC.

6

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Van Nuys Courthouse East<br>6230 Sylmar Avenue, Van Nuys, CA 91401 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>**03/25/2024**<br>David W. Slayton, Executive Officer / Clerk of Court<br>By: _C. Haroutunian_ Deputy |
| NOTICE OF CASE ASSIGNMENT<br><br>UNLIMITED CIVIL CASE | |
| Your case is assigned for all purposes to the judicial officer indicated below. | CASE NUMBER:<br>24VECV01348 |

**THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT**

| | ASSIGNED JUDGE | DEPT | ROOM | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|
| ✔ | Virginia Keeny | W | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record   David W. Slayton, Executive Officer / Clerk of Court

on _03/27/2024_   By _C. Haroutunian_ , Deputy Clerk
    (Date)

LACIV 190 (Rev 6/18)   **NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**
LASC Approved 05/06

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

### APPLICATION
The Division 7 Rules were effective January 1, 2007. They apply to all general civil cases.

### PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within **15** days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

### COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

### CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

### STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date. All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference. These matters may be heard and resolved at this conference. At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

### SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is imperative.**

<u>Class Actions</u>
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

<u>*Provisionally Complex Cases</u>
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status. If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.



# Superior Court of California, County of Los Angeles

## ALTERNATIVE DISPUTE RESOLUTION (ADR)
## INFORMATION PACKAGE

**THE PLAINTIFF MUST SERVE THIS ADR INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT.**

**CROSS-COMPLAINANTS** must serve this ADR Information Package on any new parties named to the action with the cross-complaint.

### What is ADR?
ADR helps people find solutions to their legal disputes without going to trial. The main types of ADR are negotiation, mediation, arbitration, and settlement conferences. When ADR is done by phone, videoconference or computer, it may be called Online Dispute Resolution (ODR). These alternatives to litigation and trial are described below.

### Advantages of ADR
- **Saves Time:** ADR is faster than going to trial.
- **Saves Money:** Parties can save on court costs, attorney's fees, and witness fees.
- **Keeps Control** (with the parties): Parties choose their ADR process and provider for voluntary ADR.
- **Reduces Stress/Protects Privacy:** ADR is done outside the courtroom, in private offices, by phone or online.

### Disadvantages of ADR
- **Costs:** If the parties do not resolve their dispute, they may have to pay for ADR, litigation, and trial.
- **No Public Trial:** ADR does not provide a public trial or decision by a judge or jury.

### Main Types of ADR
1. **Negotiation:** Parties often talk with each other in person, or by phone or online about resolving their case with a settlement agreement instead of a trial. If the parties have lawyers, they will negotiate for their clients.

2. **Mediation:** In mediation, a neutral mediator listens to each person's concerns, helps them evaluate the strengths and weaknesses of their case, and works with them to try to create a settlement agreement that is acceptable to all. Mediators do not decide the outcome. Parties may go to trial if they decide not to settle.

    **Mediation may be appropriate when the parties**
    - want to work out a solution but need help from a neutral person.
    - have communication problems or strong emotions that interfere with resolution.

    **Mediation may not be appropriate when the parties**
    - want a public trial and want a judge or jury to decide the outcome.
    - lack equal bargaining power or have a history of physical/emotional abuse.

## How to Arrange Mediation in Los Angeles County

Mediation for **civil cases** is voluntary and parties may select any mediator they wish. Options include:

   a. **The Civil Mediation Vendor Resource List**
   If all parties in an active civil case agree to mediation, they may contact these organizations to request a "Resource List Mediation" for mediation at reduced cost or no cost (for selected cases).

   - **ADR Services, Inc.** Assistant Case Manager Janet Solis, janet@adrservices.com
     (213) 683-1600
   - **Mediation Center of Los Angeles** Program Manager info@mediationLA.org
     (833) 476-9145

   These organizations cannot accept every case and they may decline cases at their discretion. They may offer online mediation by video conference for cases they accept. Before contacting these organizations, review important information and FAQs at www.lacourt.org/ADR.Res.List

   **NOTE: The Civil Mediation Vendor Resource List program does not accept family law, probate, or small claims cases.**

   b. **Los Angeles County Dispute Resolution Programs.** Los Angeles County-funded agencies provide mediation services on the day of hearings in small claims, unlawful detainer (eviction), civil harassment, and limited civil (collections and non-collection) cases.
   https://dcba.lacounty.gov/countywidedrp/

   **Online Dispute Resolution (ODR).** Parties in small claims and unlawful detainer (eviction) cases should carefully review the Notice and other information they may receive about (ODR) requirements for their case. https://my.lacourt.org/odr/

   c. Mediators and ADR and Bar organizations that provide mediation may be found on the internet.

3. **Arbitration:** Arbitration is less formal than trial, but like trial, the parties present evidence and arguments to the person who decides the outcome. In "binding" arbitration, the arbitrator's decision is final; there is no right to trial. In "nonbinding" arbitration, any party can request a trial after the arbitrator's decision. For more information about arbitration, visit https://www.courts.ca.gov/programs-adr.htm

4. **Mandatory Settlement Conferences (MSC):** MSCs are ordered by the Court and are often held close to the trial date or on the day of trial. The parties and their attorneys meet with a judge or settlement officer who does not make a decision but who instead assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. For information about the Court's MSC programs for civil cases, visit https://www.lacourt.org/division/civil/CI0047.aspx

Los Angeles Superior Court ADR website: https://www.lacourt.org/division/civil/CI0109.aspx
For general information and videos about ADR, visit http://www.courts.ca.gov/programs-adr.htm